UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEWART PERRY,

        Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

Case No. C10-5326BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 22). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) This matter is **REVERSED and REMANDED** for further proceedings as set forth in the parties stipulated motion.

DATED this 12th day of January, 2011.

                            BENJAMIN H. SETTLE
                            United States District Judge

ORDER